RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 04-06-09

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **KEITH HENRY** | : | **CIVIL ACTION NO: 6:07-cv-01708** |
| **VS.** | : | **CHIEF JUDGE HAIK** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY** | : | **MAGISTRATE JUDGE METHVIN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JUDGMENT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation.

After an independent review of the record, and noting the absence of objections filed by Plaintiff, this Court concludes that the Report and Recommendation of the Magistrate Judge are correct and adopts the findings and conclusions set forth therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **REVERSED** and that Henry be awarded disability benefits consistent with an onset date of December 28, 2004, and **REMANDED** to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g), including a determination of whether and when claimant's disability may have ceased under the relevant standards.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 3rd day of April, 2009.

CHIEF JUDGE RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA

DATE 4/6/09